ADOLPH GOLDMARK, Respondent, *v.* MAGNOLIA ANTI-FRICTION METAL COMPANY, Appellant.

*Goldmark* v. *Magnolia Ante-Friction Metal Co.*, 71 App. Div. 617, affirmed.
(Submitted May 5, 1903; decided May 19, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

May 15, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Alexander S. Bacon* and *Murphy & Metcalf* for appellant.

*John Frankenheimer* and *Constant & Coghill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.